EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>    Conferencia Judicial de<br>    Puerto Rico | 2004 TSPR 108<br><br>161 DPR _____ |

Número del Caso: EC-2004-2

Fecha: 25 de junio de 2004

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Conferencia Judicial de
Puerto Rico

EC-2004-2    Cambio de lugar para la
Conferencia Judicial

RESOLUCIÓN

San Juan, Puerto Rico, a 25 de junio de 2004

La Conferencia Judicial convocada para el viernes, 9 de julio de 2004, se llevará a cabo en el **Hotel Caribe Hilton** en San Juan.  La agenda de los trabajos y las reglas de los procedimientos de ésta se mantienen inalterados, conforme a nuestra Resolución de 17 de junio de 2004.

Se instruye a la Directora Administrativa de los Tribunales que divulgue este cambio a todos los miembros de la judicatura y a la Directora Interina del Secretariado que haga lo propio con los miembros de la Conferencia Judicial y de los comités participantes en la misma y los invitados.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.  Los Jueces Asociados señores Rebollo López, Hernández Denton y Rivera Pérez no intervinieron.

Patricia Otón Olivieri
Secretaria del Tribunal Supremo